# ELECTRONIC RECORD

COA # 14-14-00263-CR

OFFENSE: Aggravated Sexual Assault

STYLE: Leonard Charles Hicks v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 262nd District Court

DATE: June 30, 2015    Publish: No

TC CASE #:1373854

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Leonard Charles Hicks v The State of Texas

CCA # _____

__APPELLANT'S__    Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED___

DATE: __11/04/2015__

JUDGE: __Per Curiam__

CCA Disposition: __888-15__

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

__ELECTRONIC RECORD__